

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**JUDGE THOMAS L. LUDINGTON**

UNITED STATES OF AMERICA,

        Plaintiff,

**06 - 2 0 5 9 1**

NO.  06-CR-_____-BC

v.

TAMMARA SCHULTZ,

        Defendant.

_____/

**MAGISTRATE JUDGE
CHARLES E. BINDER**

# FILED

**NOV 2 0 2006**

U.S. DISTRICT COURT
BAY CITY, MICHIGAN

### INFORMATION

**THE UNITED STATES ATTORNEY CHARGES**:

**(29 U.S.C. §439(c))**

That from on or about February 23, 2003, to on or about January 7, 2006 inclusive, in the Eastern District of Michigan, Northern Division, Tammara Schultz, defendant herein, did willfully make one or more false entries in any book, record, report or statement required to be kept by any provision of Chapter 11, Title 29, United States Code, contrary to Title 29, United States Code, section 439(c).

Dated: Z o  N o U  o 6

STEPHEN J. MURPHY
United States Attorney

_____

James A. Brunson (P-28403)
Assistant United States Attorney
101 First St., Ste. 200
Bay City, MI 48708
(989) 895-5712
james.brunson@usdoj.gov

_____

Michael J. Hluchaniuk (P15007)
Ass't U.S. Attorney-in-Charge

# Criminal Case Cover Sheet

**United States District Court**
**Eastern District of Michigan**
**Northern Division**

**Case Number**

## 06 - 2 0 5 9 1

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: JUDGE THOMAS L. LUDINGTON |
| ☐ Yes          XX☐ No | AUSA's Initials: |

**Case Title:** USA v. Tammara Schultz

MAGISTRATE JUDGE
CHARLES E. BINDER

**County where offense occurred :** Bay

**Check One:**      XX☐ **Felony**          ☐ **Misdemeanor**          ☐ **Petty**

XX☐   Indictment_____/Information_XX_  **no prior complaint.**
☐     Indictment_____/Information_____  based upon prior complaint [**Case number:** _____ ]
☐     Indictment_____/Information_____  based upon **LCrR 57.10 (d)** *[Complete Superseding section below].*

## Superseding Case Information:

**Superseding to Case No:** _____ **Judge:** _____

☐   Original case was terminated; no additional charges or defendants.
☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                              **Charges**

_2o Nov o6_
Date

James A. Brunson
Assistant United States Attorney

 (989) 895-5712
Phone Number

[1] Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same of related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.                    5/1/89